AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the

District of Nevada

| | | |
|---|---|---|
| United States of America<br>v.<br><br>TIANNA LEWIS<br>*Defendant* | ) ) ) ) ) ) | Case No.   2:20-mj-00714-VCF<br><br>Charging District:   Southern District of Indiana<br>Charging District's Case No.   3:20-cr-169-RLY |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | United States District Court<br>101 Northwest Martin Luther King Blvd.<br>Evansville, IN 47708 | Courtroom No.: 301 |
|---|---|---|
| | | Date and Time:  9/11/2020 at 11:00 am |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date:   August 18, 2020

_____
*Judge's signature*

CAM FERENBACH, United States Magistrate Judge
*Printed name and title*