**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>TIANNA LEWIS,<br><br>        Defendant. | Case No. 2:20-mj-00714-VCF<br><br>**ORDER** |

Based on the pending Stipulation of counsel, and good cause appearing,

IT IS THEREFORE ORDERED that Ms. Lewis's the condition of pretrial release be modified to allow for her to travel to the State of Louisiana from August 25, 2020, to September 7, 2020.

DATED this  24   day of August, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

3